UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>ELANGOVAN PUNNIAKOTI,<br><br>        Defendant. | Case No.  22-cr-00139-EJD-1   (VKD)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO SHORTEN TIME FOR HEARING AND DIRECTING GOVERNMENT TO RESPOND TO DEFENDANTS' JOINT APPLICATION FOR PERMISSION TO TRAVEL TO AND FROM INDIA BY FEBRUARY 18, 2026 AT 9:00 A.M.**<br><br>Re: Dkt. Nos. 156, 158 |

On February 12, 2026, defendants Elangovan Punniakoti and Mary Christeena filed an ex parte motion to shorten the time for hearing on defendants' joint application for permission to travel to and from India (Dkt. No. 156).  Dkt No. 158.  The Court grants the ex parte motion. Defendants' joint application will be heard in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **February 18, 2026 at 1:00 p.m.**

If the Government wishes to have its position regarding defendants' joint application considered by the Court, its response must be filed by **February 18, 2026 at 9:00 a.m.**  No reply brief will be permitted.

**IT IS SO ORDERED.**

Dated: February 13, 2026

Virginia K. DeMarchi
United States Magistrate Judge