UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ELANGOVAN PUNNIAKOTI, MARY CHRISTEENA<br><br>  Defendants. | Case No.  22-cr-00139-EJD   (VKD)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' JOINT MOTION FOR PERMISSION TO TRAVEL TO INDIA; GRANTING MOTION TO SEAL**<br><br>Re: Dkt. Nos. 156, 157, 160 |

Defendants Elangovan Punniakoti and Mary Christeena jointly move for an order modifying their conditions of release and permitting them to travel together to India.  Dkt. Nos. 156, 160.  The United States opposes the motion on the ground that both defendants are a flight risk and should not be permitted to travel to India.  Dkt. No. 161.  The Court held a hearing on the motion on February 18, 2026.

For the reasons explained on the record, the Court denies the motion as to Mr. Punniakoti, on the ground that he has not shown by clear and convincing evidence that, if permitted to travel to India, he is not likely to flee.[1]  *See* 18 U.S.C. § 3143(a)(1).

For the reasons explained on the record, the Court grants the motion as to Ms. Christeena. Applying the standards set forth in 18 U.S.C. § 3142, the Court finds that the risk of non-appearance posed by travel to India can be mitigated by the imposition of additional conditions of

_____

[1] Mr. Punniakoti has pled guilty and is awaiting sentencing.  The Court is informed by the parties that the applicable guidelines specify a sentence that includes a term of imprisonment.

United States District Court
Northern District of California

release, which the Court concludes will reasonably assure Ms. Christeena's appearance as required. Accordingly, the Court modifies Ms. Christeena's conditions of release (Dkt. No. 8) as follows:

1. Ms. Christeena may travel to India for a specific period of not more than 21 days between March 2, 2026 and April 6, 2026;

2. No later than two court days before embarking on such travel, Ms. Christeena must provide her travel itinerary and contact information while in India to Pretrial Services;

3. Assuming the travel itinerary complies with this order, Pretrial Services shall return Ms. Christeena's passport to her no earlier than one court day before the date she is scheduled to leave the United States;[2]

4. Ms. Christeena must return her passport to Pretrial Services on the next court day following the date of her return;

5. The Court increases the amount of Ms. Christeena's bond from $50,000 to $100,000 (unsecured);

6. Upon her return to the United States, Ms. Christeena may file a motion or a stipulated request to reduce the bond to $50,000.

All other existing conditions of release remain as previously ordered.

The Court grants defendants' administrative motion to file under seal (Dkt. No. 157) as unopposed.

**IT IS SO ORDERED.**

Dated: February 18, 2026

Virginia K. DeMarchi
United States Magistrate Judge

---

[2] For example, if Ms. Christeena is due to depart on a Monday, Pretrial Services shall return her passport on the preceding Friday.