# EXHIBIT A

July 3, 2026

The Honorable Edward J Davila
United States District Court
280, South First Street, Court Room 4,
San Jose, CA 95113

Dear Judge Davila,

I would like to let the Court know that I admit and take responsibility for the crime I committed. My intent was always to help qualified and highly skilled engineers to get placed and to support the existing needs in the IT industry here in the United States. But I made real mistakes along the way, and I apologize to the Court and the government for submitting applications that contained false statements.

I have learned from my mistakes, and I can assure you that I will follow and abide by the rules moving forward. It has always been my top priority to be a positive role model for my children and to be a contributor to my community. I spent sleepless nights thinking of the troubles that could have been avoided, had I made a few decisions differently. The years that have been lost in remorse are just too many.

I would like to take this opportunity to thank the Court for allowing me to travel a few times to look after my late father during his sickness and also later when he passed away. I am thankful to the Court that I was able to travel and perform the final rituals and religious customs. I also had a chance to spend time with my sister and especially my brother who is battling Parkinson's Disease.

It has been a bumpy ride for my entire family, especially with my wife getting diagnosed with Cancer, Surgery and Post Surgery Complications with Hormone treatment which is to be continue for at least 5 years to avoid recurrence. It is quite difficult to manage as I am the main caregiver when she is indisposed. My wife has been having severe Blood Pressure spikes due to her hormone treatment which is incredibly stressful and impacts on a psychological and emotional level for which she needs my constant attention and help on a daily basis.

It has been an exceedingly difficult time for us as a family, especially my children. This investigation with DHS started when my daughter was in elementary school and my son was in eighth grade. Both our children are about to complete their high school and college respectively. We are proud that both our children speak their native language fluently and enjoy meeting Grandma, Uncles, Aunts and Cousins during summer and look

forward to it eagerly. One of our most treasured things to do is to visit our family in India, and I regret that my actions have made it so much harder to do that

I would like to apologize again for my actions in this case. I assure the Court that I have learned my lesson from this experience and will never again be in trouble for my actions.

Sincerely,

(ELANGOVAN PUNNIAKOTI)