CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SARAH E. GRISWOLD (CABN 240326)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5081
sarah.griswold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:22-cr-139 EJD |
| Plaintiff, | UNITED STATES' RESPONSE TO DEFENDAT ELANGOVAN PUNNIAKOTI'S SENTENCING MEMORANDUM (DKT. NO. 183) |
| v. | |
| ELANGOVAN PUNNIAKOTI, | |
| Defendant. | |

Plaintiff United States of America, by and through its undersigned counsel, hereby submits its response to Defendant Elangovan Punniakoti's Sentencing Memorandum, Dkt. No. 183. The defense contests the facts in the Amended Presentence Report for the first time in its sentencing memorandum in an effort to avoid a 2-level enhancement under the Sentencing Guidelines for Mr. Punniakoti's aggravating role in the offenses. The facts set forth below support the application of this enhancement.

Mr. Punniakoti directed co-defendant Mary Punniakoti in this fraud. While on paper, he was the CEO and she was Ms. Christeena was the president, in practice he orchestrated the fraud and directed her participation.

- Mr. Punniakoti directed Ms. Christeena to complete administrative tasks necessary to effectuate work or documentation arrangements Mr. Punniakoti had negotiated for

U.S. RESP. TO DEF'T'S SENTENCING MEMO.
5:22-cr-139 EJD                                        1

beneficiaries whose visas were obtained fraudulently.  Exs. 1[1], 2[2].  On some occasions, this included specific directions about language for Ms. Christeena to include in paperwork.  Ex. 1.

- When communicating terms wanted in the paperwork, Ms. Christeena told end clients to call Mr. Punniakoti with questions about the information she provided.  Exs. 1, 2.

- Mr. Punniakoti directed Ms. Christeena to post resumes of beneficiaries whose visas were obtained fraudulently on the online career marketplace Dice.  Ex. 1.

- He also directed Ms. Christeena to provide visa and employment documents to beneficiaries whose visas were obtained fraudulently, and to  provide placement information for such beneficiaries to their employees in India.  Exs. 1, 2, 4.

Mr. Punniakoti admitted to law enforcement that he owned a building in India where some employees worked.   Ex. 4.  He identified two employees working in accounting and one working in recruiting.  *Id.*  Employees in India would identify individuals for whom to seek H-1B visas.  Ex. 4 at 36:10-37:14.  If H-1B visas were approved, Mr. Punniakoti then directed an employee in India to post resumes of beneficiaries whose visas were obtained fraudulently on Dice in order to obtain work for these individuals.  Ex. 3. [3]

The aggravating role enhancement was properly applied by Probation.  Over the course of ten years Mr. Punniakoti made a living by lying to the government for personal profit and directing others to help carry out his fraud.  As set forth in the United States' Sentencing Memorandum, a low-end

---

[1] Exhibit 1 consists of emails from Ms. Christeena's computer that were produced in native format as documented at INN-00019430 (FTK Report – Premises Search Warrant, File Name: CHRISTEENA Laptop.zip), in which Mr. Punniakoti directs Ms. Christeena to take various steps in furtherance of the visa fraud scheme and conspiracy.

[2] Exhibit 2 consists of emails produced in native format as documented at INN-00019431 (FTK Report – Email Search Warrant), in which Mr. Punniakoti directs Ms. Christeena to take various steps in furtherance of the visa fraud scheme and conspiracy.

[3] Exhibit 3 consists of emails from Ms. Christeena's computer that were produced in native format as documented at INN-00019430 (FTK Report – Premises Search Warrant, File Name: CHRISTEENA Laptop.zip), in which Mr. Punniakoti directs employees in India to take various steps in furtherance of the visa fraud scheme and conspiracy or otherwise communicates with them.

Guidelines sentence of 24 months imprisonment, three years of supervised release, a fine of $10,000, a special assessment of $700, and forfeiture is sufficient, but not greater than necessary for this defendant.

DATED:  July 29, 2026                                            Respectfully submitted,

                                                                CRAIG H. MISSAKIAN
                                                                United States Attorney

                                                                _____/s/_____
                                                                SARAH E. GRISWOLD
                                                                Assistant United States Attorney